

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-11-00049-CV

| | | |
|---|---|---|
| CenterPlace Properties, Ltd. | § | From the 367th District Court |
| v. | § | of Denton County (2008-50015-367) |
| Columbia Medical Center of Lewisville Subsidiary, L.P. d/b/a Medical Center of Lewisville and | § | May 30, 2013 |
| Raymond Dunning | § | Opinion by Justice Gardner |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in part of the trial court's judgment. It is ordered that the judgment of the trial court is affirmed in part and reversed in part. We reverse that portion of the trial court's judgment relating to MCL's claim for statutory damages and attorneys' fees under property code section 93.002 and render judgment that MCL take nothing on its property code section 93.002 claim. We affirm the remainder of the trial court's judgment.

It is further ordered each party shall bear their own costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By _____
    Justice Anne Gardner